UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
SITEL, CORPORATION,            )
                               )
     Plaintiff,                )
                               )
          v.                   )  NO.  3:12-0259
                               )
AMERICAN HOME ASSURANCE CO.,   )  Judge Haynes/Bryant
                               )
     Defendant.                )
```

### O R D E R

This case has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 6). The initial case management conference is **reset** to **May 14, 2012, at 11:00 a.m.**, in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The parties shall file a proposed case management order three (3) business days prior to May 14, 2012.

It is so **ORDERED**.

                                           s/ John S. Bryant
                                           JOHN S. BRYANT
                                           United States Magistrate Judge