SSSSSSSK
T[ɑ]}Á¦æ}c^åÈ
Q̃æ̃æ¼&æ•^Á(æ}æ˘^{^}c
&[}-^¦^}&^/̃æÁ^•&@å˘|^å
ɋÁŘ´}^ÁFGÍGFGÍæ•ÁKFÁæÊ È
Á
⁄#>c\b˙G"6fnÚbh
ẄÈÚÊæ˘ãɗæ^ÁŘ´å*^

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SITEL OPERATING CORPORATION,

    Plaintiff,

v.

AMERICAN HOME ASSURANCE COMPANY,

    Defendant.

CIVIL ACTION NO. 3:12-cv-000259

## JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff Sitel Operating Corporation and Defendant American Home Assurance Company, jointly move the Court to continue the initial case management conference in this action, which is now scheduled for Monday, May 14, at 11:00 a.m., to June 12, 2012, or some other date thereafter, which is convenient to the Court, at a time to be determined by the Court.

In support of this motion, the parties would show that counsel for Defendant learned of this action more than a month after the Complaint was filed and needs additional time to prepare Defendant's defenses and obtain local counsel. Plaintiff is not opposed to the continuance.

WHEREFORE, the parties respectfully request that the initial case management conference in this matter be continued to allow sufficient time for Defendant's counsel to obtain local counsel and prepare for same.

    Respectfully submitted,

      /s/ Garry K. Grooms
    Garry K. Grooms, #12647
    STITES & HARBISON, PLLC
    401 Commerce Street, Suite 800
    Nashville, TN 37219-2376
    615-244-5200
    *Counsel for Plaintiff*