SITEL OPERATING CORPORATION,

    **Plaintiff,**

v.

AMERICAN HOME ASSURANCE COMPANY,

    **Defendant.**

CIVIL ACTION NO. 3:12-cv-000259

ORDER:
Motion granted.
Initial case management conference is rescheduled to July 26, 2012, at 10:00 a.m.

*s/ John S. Bryant*
U.S. Magistrate Judge

## JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff Sitel Operating Corporation and Defendant American Home Assurance Company, jointly move the Court to continue the initial case management conference in this action, which is now scheduled for Tuesday, June 12, 2012, to Thursday, July 26, 2012 or some other date thereafter, which is convenient to the Court, at a time to be determined by the Court.

In support of this motion, the parties would show to the Court that scheduling conflicts have arisen on the currently scheduled date. The parties would further show that on May 31, 2012, defendant filed a counterclaim to which no response has been filed. The parties would prefer that issues be joined before the case management conference. The parties are in agreement that the conference should be continued.

WHEREFORE, the parties respectfully request that the initial case management conference in this matter be continued to July 26, 2012 or some later date convenient to the Court.