ORDER:
Motion granted, in accordance with amended case management order entered this date.
John Bryant, USMJ

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SITEL OPERATING CORPORATION, | |
| Plaintiff | CIVIL ACTION NO. 3:12-cv-000259 |
| v. | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Defendant. | |

## JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER

Plaintiff Sitel Operating Corporation and defendant American Home Assurance Company jointly move the Court to modify the case management order entered on July 26, 2012 (DE 31) to extend the deadlines for completion of discovery by sixty (60) days and the filing of dispositive motions by thirty (30) days. The proposed modification will not affect the current trial date. A proposed Order amending the current Case Management Order is attached as **Exhibit A** hereto.

In support of this motion, the parties would show to the Court as follows:

1. This is a declaratory judgment action in which Sitel seeks insurance coverage from potential liability stemming from the assertion of claims that are currently the subject of a separate, underlying action pending in the Southern District of New York. In the separate action, discovery has closed and dispositive motions were filed October 15, 2012.

2. The parties in the separate, underlying action are scheduling a mediation in the underlying case in late February 2013. The parties in this action and their respective counsel plan to attend the mediation of the separate action. If the mediation of the separate, underlying