UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **SITEL OPERATING CORPORATION,**<br><br>　　Plaintiff<br><br>v.<br><br>**AMERICAN HOME ASSURANCE COMPANY,**<br><br>　　Defendant. | **CIVIL ACTION NO. 3:12-cv-000259** |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Sitel Operating Corporation and defendant American Home Assurance Company, by and through counsel, represent to the Court that all claims in controversy in this action have been compromised and settled. It is accordingly STIPULATED and AGREED by counsel for the undersigned parties that all claims asserted in this action, including but not limited to the claims asserted in the complaint filed by plaintiff and the counterclaim filed by defendant, shall be DISMISSED with prejudice, with each party bearing its own costs and attorney fees in connection with this action.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*s/Garry K. Grooms*
　　　　　　　　　　　　　　　　　　　Garry K. Grooms
　　　　　　　　　　　　　　　　　　　STITES & HARBISON, PLLC
　　　　　　　　　　　　　　　　　　　401 Commerce Street
　　　　　　　　　　　　　　　　　　　Nashville, TN 37219
　　　　　　　　　　　　　　　　　　　Phone: 615-782-2200
　　　　　　　　　　　　　　　　　　　garry.grooms@stites.com

　　　　　　　　　　　　　　　　　　　*Counsel for Sitel Operating Corporation*

*s/Michael J. Kurtis (w/permission via email)*
Michael A. Hamilton
Michael J. Kurtis
Nelson Levine deLuca & Hamilton
518 E. Township Line Road, Suite 300
Blue Bell, PA  19422
Phone: 215-358-5100
mhamilton@nldhlaw.com
mkurtis@nldhlaw.com

L. Marshall Albritton
Jessica M. VanDyke
Parker, Lawrence, Cantrell & Smith
201 Fourth Avenue North, Suite 1700
Nashville, TN  37219
Phone: 615-255-7500
malbritton@plcslaw.com
jvandyke@plcslaw.com

*Counsel for American Home Assurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2013, a copy of the foregoing *Stipulation of Dismissal* was filed electronically with the Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system as indicated below. Parties may also access this filing through the Court's system.

| | |
|---|---|
| L. Marshall Albritton<br>Jessica M. VanDyke<br>Parker, Lawrence, Cantrell & Smith<br>201 Fourth Avenue North, Suite 1700<br>Nashville, TN  37219<br>malbritton@plcslaw.com<br>jvandyke@plcslaw.com | Michael A. Hamilton<br>Michael J. Kurtis<br>Nelson Levine deLuca & Hamilton<br>518 E. Township Line Road, Suite 300<br>Blue Bell, PA  19422<br>mhamilton@nldhlaw.com<br>mkurtis@nldhlaw.com |

*s/Garry K. Grooms*
Garry K. Grooms

SI089:000SI:1018298:1:NASHVILLE