UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

SITEL CORPORATION,              )
                                )
        Plaintiff               )
                                )       No. 3:12-0259
v.                              )       Magistrate Judge Bryant
                                )
AMERICAN HOME ASSURANCE CO.,    )
                                )
        Defendant               )

## O R D E R

The parties have filed their Stipulation of Dismissal (Docket Entry No. 46). The complaint is therefore **DISMISSED**, and the **Clerk** is directed to close the file.

It is so **ORDERED**.

                                /S/ John S. Bryant
                                JOHN S. BRYANT
                                United States Magistrate Judge