UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SITEL CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-CV-259 |
| | ) | Magistrate Judge Bryant |
| v. | ) | |
| | ) | |
| AMERICAN HOME ASSURANCE CO. | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on October 1, 2013.

    KEITH THROCKMORTON, CLERK

    s/ Leathelia Fernandez Allen
    Deputy Clerk